**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EURUS ENERGY HOLDINGS CORPORATION,<br><br>*Petitioner*,<br><br>v.<br><br>KINGDOM OF SPAIN,<br><br>*Respondent*. | Civil Action No. 25-1842 (RDM) |

**ORDER**

For the reasons stated in the Court's Memorandum Opinion, Dkt. 39, it is hereby **ORDERED** that Petitioner's motion to substitute, Dkt. 26, is **GRANTED**, Respondent's motion to dismiss or stay this action, Dkt. 16, is **DENIED**, and judgment is hereby **ENTERED** in favor of Petitioner in the following amounts:

(a) EUR 106,200,000 in principal;

(b) interest on that principal calculated by reference to a two-year Spanish sovereign bond, compounded annually, from June 1, 2021, until the date of entry of judgment;

(c) USD 4,332,197.16 in arbitration costs and fees, together with interest calculated by reference to a two-year Spanish sovereign bond from November 14, 2022, until the date of entry of judgment;

(d) USD 95,816.76 and JPY 8,435,421.33 in costs of the rectification proceeding and legal fees, together with interest calculated by reference to a two-year Spanish sovereign bond from May 15, 2023, until the date of entry of judgment; and

(e) post-judgment interest at the rate specified in 28 U.S.C. § 1961.

This Order constitutes a final judgment of the Court within the meaning of Rule 58(a) of the Federal Rules of Civil Procedure. The Deputy Clerk of Court is directed to terminate the case.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: September 24, 2026